UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTELICLEAR, LLC; A. MARTINHO BARRETTO; JOHN PAUL DEVITO; and GUY T. POWELL, <br> *Plaintiffs*, <br> v. <br> ROBERT J. VICTOR, <br> *Defendant*. | Civil No. 3:16cv1403 (JBA) <br><br> October 24, 2017 |

**ORDER VACATING RULING ON MOTION TO DISMISS COUNTERCLAIMS**

Prior to the Court deciding Defendant's Motion [Doc. # 161] for Reconsideration of the Court's Ruling [Doc. # 156] on Counterclaim Defendants' Motion to Dismiss, the parties settled this case. Because the Motion for Reconsideration was denied as moot in light of the settlement, there was no opportunity for ruling on that Motion. Thus, in the interest of justice, the Court VACATES its Ruling on Counterclaim Defendants' Motion to Dismiss.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 24th day of October 2017.